George M. Kraw (California Bar No. 71551)
Katherine McDonough (California Bar No. 241426)
Stephanie Sorenson (California Bar No. 293123)
Kraw Law Group, APC
605 Ellis Street, Suite 200
Mountain View, California 94043
Telephone: 650-314-7800
Facsimile: 650-314-7899
gkraw@kraw.com
kmcdonough@kraw.com
ssorenson@kraw.com

Counsel for Plaintiffs
Board of Trustees of the California
Ironworkers Field Pension Trust, and
California Ironworkers Field Pension Trust

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, and CALIFORNIA IRONWORKERS FIELD PENSION TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> M.M. STEVENS, LLC, an Arizona Limited Liability Company, <br><br> And, <br><br> MILCO SOLUTIONS, INC., an Arizona Corporation, <br><br> Defendants. | Case No.: <br><br> **COMPLAINT** |

COMPLAINT - 1

1. This is an action to collect withdrawal liability that Defendants owe to Plaintiffs California Ironworkers Field Pension Trust ("Pension Fund") and Board of Trustees of the California Ironworkers Field Pension Trust ("Plaintiff Trustees"). The action is brought pursuant to the Employee Retirement Income Security Act, 29 U.S.C. §§ 1001 et seq., as amended by the Multiemployer Pension Plan Amendments Act of 1980 (hereinafter "ERISA").

## JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction over this action under the terms of 29 U.S.C. § 1451(c), 29 U.S.C. § 1132(e), and 28 U.S.C. §§ 1331 and 1337.

3. Venue is proper in this Court pursuant to 29 U.S.C. § 1451(d) because the Pension Fund is administered in this District.

## PARTIES

5. Plaintiff California Ironworkers Field Pension Trust ("Pension Fund") is a multiemployer pension plan within the meaning of 29 U.S.C. § 1002(37) and 29 U.S.C. § 1301(a)(3).

6. Plaintiff Board of Trustees of the California Ironworkers Field Pension Trust ("Plaintiff Trustees") is the Plan Sponsor of the Pension Fund within the meaning of 29 U.S.C. § 1002(16)(B)(iii) and 29 U.S.C. § 1301(a)(3), and members of the Plaintiff Board of Trustees are fiduciaries within the meaning of 29 U.S.C. § 1002(21)(A), and 29 U.S.C. § 1301(a)(3).

7. Plaintiffs maintain their principal place of business at 131 North El Molino Avenue, Suite 330, Pasadena, CA 91101.

8. Plaintiffs bring this action on behalf of themselves and on behalf of Plan participants and beneficiaries pursuant to 29 U.S.C. §§ 1132, 1451, 1401(d) and 1451.

9. Defendant M.M. Stevens LLC ("M.M.") is an Arizona Limited Liability Company. Defendant Milco Solutions, Inc. ("Milco") is an Arizona

COMPLAINT - 2

Corporation. As alleged more fully below, Defendants are controlled group members of S Diamond Steel, Inc. ("S Diamond"), which is an Arizona Corporation.

## FACTUAL ALLEGATIONS

10. For a period of time prior to and including June 1999 to July 2013, S Diamond was a signatory or otherwise bound by a Collective Bargaining Agreement ("CBA") under which S Diamond was obligated to pay contributions to the Pension Fund in specified amounts for each hour worked by employees performing work covered by the CBA.

11. On or about July 31, 2013, S Diamond withdrew from participation in the Pension Fund, ceased to contribute to the Pension Fund with respect to the work of employees covered by the CBA, and completely withdrew from the Pension Fund within the meaning of ERISA (29 U.S.C. § 1381 et. seq.).

12. As a result of that complete withdrawal, S Diamond and all of its controlled group members were liable for withdrawal liability, as required by ERISA.

13. Plaintiffs made a determination of the amount of S Diamond's withdrawal liability in compliance with all the statutory requirements and the rules of the Pension Fund. Plaintiffs assessed withdrawal liability against S Diamond and all of its controlled group members in the amount of $1,310,439.50. By letter dated February 11, 2014, pursuant to ERISA (29 U.S.C. § 1399), Plaintiffs notified S Diamond and all of its controlled group members of the assessment and demanded payment thereof on the schedule set by Plaintiffs: quarterly payments of $123,869.24, plus a final payment $37,545.63 due until the balance is paid in full.

14. S Diamond and all of its controlled group members failed to make any payments under the 2014 assessment, and failed to cure within 60 days of being notified of such failure, and thus are in default. S Diamond and all of its controlled members failed to timely initiate arbitration regarding the assessment, thereby

COMPLAINT - 3

waiving all defenses to the collection of withdrawal liability.

15. As a result, Plaintiffs filed an action in this court (Case No. 2:15-cv-01153 DDP (AJWx)) against S Diamond to collect the delinquent withdrawal liability. Ultimately, S Diamond filed for Chapter 11 Bankruptcy on July 11, 2016.

16. Milco has at all relevant times been wholly owned by Dana Stevens, the spouse of the sole owner of S Diamond, Matthew Miles Stevens, and M.M. has at all relevant times been wholly owned by both Dana Stevens and the sole owner of S Diamond, Matthew Miles Stevens. Further, upon information and belief, S Diamond, M.M. and Milco are all trades and/or businesses. M.M. owns the building from which S Diamond operates its business and leases that building to M.M. S Diamond and Milco are both contractors within the construction business and trade. Thus, both Defendants are Controlled Group Members of S Diamond and jointly and severally liable for S Diamond's withdrawal liability.

## STATEMENT OF CLAIM

(Withdrawal Liability)

17. Plaintiffs hereby incorporate by reference each allegation contained in Paragraphs 1 through 16 as fully set forth herein.

18. As set forth above, S Diamond completely withdrew in 2013.

19. As a result of S Diamond's complete withdrawal from the Pension Fund, S Diamond and all trades or businesses under common control with it are jointly and severally liable for the withdrawal liability assessed by Plaintiffs, on the schedule set by Plaintiffs, as required by the Pension Fund's trust document and by ERISA. *See,* 29 U.S.C. § 1301(b) and 29 U.S.C. § 1381(a).

20. To date, S Diamond and all trades or businesses under common control with S Diamond, including M.M. and Milco, have failed and refused to pay their withdrawal liability despite their clear and unequivocal obligations under ERISA.

///

COMPLAINT - 4

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs ask the Court to award them:

    A.    An Order requiring Defendants to pay the full amount of withdrawal liability as set forth in the Pension Fund's letter of February 11, 2014.

    B.    Interest, liquidated damages, attorney's fees and costs pursuant to ERISA.

    C.    Such other legal and equitable relief as this Court may deem appropriate.

Dated: October 18, 2016

Respectfully submitted,

_____
Stephanie Sorenson (SBN 293123)
George M. Kraw (SBN 71551)
Katherine McDonough (SBN 241426)
Kraw Law Group, APC
605 Ellis Street, Suite 200
Mountain View, CA 94043
Telephone: 650-314-7800
Facsimile: 650-314-7899
gkraw@kraw.com
kmcdonough@kraw.com
ssorenson@kraw.com

*Counsel for Plaintiffs*

COMPLAINT - 5