George M. Kraw (California Bar No. 71551)
Katherine A. McDonough (SBN 241426)
Kraw Law Group, APC
605 Ellis Street St. 200
Mountain View, CA 94043
(650) 314 7800 tel
(650) 314 7899 fax
gkraw@kraw.com
kmcdonough@kraw.com

Attorneys for Creditors
Board of Trustees of the California Ironworkers Field Pension Trust, and California Ironworkers Field Pension Trust

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, and CALIFORNIA IRONWORKERS FIELD PENSION TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>M.M. STEVENS, LLC, an Arizona limited liability company, and MILCO SOLUTIONS, INC., an Arizona Corporation,<br><br>Defendants. | ) CASE NO. 2:16-CV-07791-DDP-AJW<br>)<br>)<br>) Hon. Judge Andrew J. Wistrich<br>)<br>) **ACKNOWLEDGMENT OF**<br>) **SATISFACTION OF JUDGMENT**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
|---|---|

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNYS OF RECORD:**

1. Satisfaction of the judgment is acknowledged as follows: Full Satisfaction

//

- 1 -
ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT

2. Full name and address of the Judgment Creditors:

 a. **Board of Trustees of the California Ironworkers Field Pension Trust**

  131 N. El Molino Ave., Ste. 330

  Pasadena, California 91101

 b. **California Ironworkers Field Pension Trust**

  131 N. El Molino Ave., Ste. 330

  Pasadena, California 91101

3. Full name and address of assignee of record, if any: **None.**

4. Full name and address of Judgment Debtor:

 a. **M. M. Stevens, LLC**

  P.O. Box 18182

  Phoenix, AZ 85005-8182

 b. **Milco Solutions, Inc.**

  Attn: Dana Stevens

  P.O. Box 18171

  Phoenix, AZ 85005-8171

5. Judgment entered on: **October 04, 2017**

6. An Abstract of Judgment was recorded as follows: **N/A**

7. A notice of judgment lien was filled with the office of the Secretary of State for California as file number: **N/A**

//
//

//
//

//

Case 2:16-cv-07791-DDP-AJW   Document 61   Filed 09/27/22   Page 3 of 4   Page ID #:633

**NOTICE TO JUDGMENT DEBTORS:** If this is an acknowledgement of full satisfaction of judgment, it will have to be recorded in each county shown in item 6 above, if any, in order to release the judgment lien, and will have to be filed in the office of the Secretary of State for California to terminate any judgment lien on personal property.

Dated: September 27, 2022

Respectfully submitted,

*/s/ Katherine A. McDonough*
Katherine A. McDonough, Esq.
Kraw Law Group, APC
605 Ellis St., Ste 200
Mountain View, CA 94043
(650) 314 7800 tel
(650) 314 7899 fax

Attorney for Plaintiffs/Judgment Creditors

- 3 -
ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT

**CALIFORNIA ACKNOWLEDGMENT**    CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _Santa Clara_

On _Sept. 27, 2022_ before me, _Elena Ortiz, Notary Public_,
     Date                                    Here Insert Name and Title of the Officer
personally appeared _Katherine A. McDonough_
                         Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[Notary Seal: ELENA ORTIZ, Notary Public - California, Santa Clara County, Commission # 2401114, My Comm. Expires May 15, 2026]

Signature _[signature]_
          Signature of Notary Public

*Place Notary Seal and/or Stamp Above*

──────────────── **OPTIONAL** ────────────────

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _Acknowledgement of Satisfaction of Judgment_
Document Date: _Sept. 27, 2022_ Number of Pages: _3_
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _Katherine A. McDonough_
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual    ☑ Attorney in Fact
☐ Trustee       ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual    ☐ Attorney in Fact
☐ Trustee       ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____